IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00406-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE ROLLAND THIEL,

    Defendant.
_____

**DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT**
_____

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Defendant, Lawrence Thiel, by and through his attorney of record, Matthew K. Belcher, Assistant Federal Public Defender, and hereby submits these objections to the Presentence Report (PSR) dated April 29, 2013, and would show as follows:

**Objection No. 1:**

    Mr. Thiel objects to paragraph 62 of the PSR. Specifically, Mr. Thiel asserts that, based on the reconsideration of the Defendant's overall sentence on January 5, 2010, which reduced the sentence from 18 months to 12 months, that only two criminal history points, instead of three, should be assessed under § 4A1.1(b).

**Objection No. 2:**

    Mr. Thiel objects to paragraph 101of the PSR. Specifically, Mr. Thiel objects to the proposed Supervised Release condition which would allow the United States Probation Office to circumvent the stringent Fourth Amendment protections against

warrantless searches of a person's "castle," or home. Such a condition constitutes a greater deprivation of liberty than reasonably necessary to accomplish the goals of sentencing.

In *United States v. Knights*, 534 U.S. 112 (2001), the Supreme Court held that a warrantless search of a probationer's apartment, supported by reasonable suspicion *and consented to by the defendant as a condition of probation*, was reasonable within the meaning of the Fourth Amendment. In so holding, the Supreme Court attached significance to the probationer's acceptance of a clear and unambiguous search condition, finding that this fact "significantly diminished Knights' reasonable expectation of privacy." *Knights*, 534 U.S. at 119-120.

Here, the "search condition" is not a condition precedent to obtaining an alternative to a sentence of imprisonment (probation) or to obtaining an early release from a sentence of incarceration by means of parole. *See Samson v. California*, 547 U.S. 843 (holding that the essence of parole is release from prison, before the completion of a sentence, on the condition that the prisoner abides by certain rules during the balance of that sentence). Unlike probation and parole, supervised release is not an alternative to or a continuum of an imposed sentence that, absent acceptance of the "search condition," would not have been offered to a defendant in the first place. Supervised Release is not an alternative to incarceration and is not a tool used by the State to release a defendant prior to the completion of their imposed term of incarceration. As such, the logic and reasoning underlying *Samson* and *Knights* is inapplicable here.

Accordingly, Mr. Thiel objects to the proposed condition set out in paragraph 101 of the PSR and, additionally, does not consent to the implicit waiver of his Fourth Amendment rights, which apply even to those who are under supervision. *See Griffin v. Wisconsin*, 483 U.S. 868, 873 (1987).

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Matthew K. Belcher
Matthew K. Belcher
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Matthew.Belcher@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I electronically filed the foregoing **DEFENDANT'S OBJECTIONS TO THE PRESENCE REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn, Assistant U.S. Attorney
    Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Michelle Means, United States Probation Officer *(via e-mail)*

    Mr. Lawrence Thiel
    Denver Detention Center
    c/o Van Cise-Simonet Det. Facility
    490 W. Colfax Avenue
    Denver, CO   80204

    s/ Matthew K. Belcher
    Matthew K. Belcher
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Matthew.Belcher@fd.org
    Attorney for Defendant