IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   June 4, 2013 |
| Court Reporter:  Gwen Daniel | Probation: Michelle Means |

_____

| | |
|---|---|
| Criminal Action No.  12-cr-00406-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Kurt J. Bohn |
|      Plaintiff, | |
| v. | |
| LAWRENCE ROLLAND THIEL, | Matthew K. Belcher |
|      Defendant. | |

_____

### COURTROOM MINUTES
_____

**SENTENCING HEARING**

10:03 a.m.     Court in Session

Appearances

Court's comments

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Bohn

Sentencing Statement by Mr. Belcher

The Court addresses the defendant's first objection to the Presentence Investigation Report (ECF No. 24).

**ORDERED:  The defendant's first objection to the Presentence Investigation Report (ECF No. 24) is OVERRULED AS MOOT**.

The Court addresses the defendant's second objection to the Presentence Investigation Report (ECF No. 24)

Argument by Mr. Belcher

Argument by Mr. Bohn

Colloquy between the Court and Probation Officer Means

Argument by Mr. Belcher

**ORDERED:  The defendant's second objection to the Presentence Investigation Report (ECF No. 24) is SUSTAINED.**

**ORDERED:  There being no objection, the Government's Motion to Grant the Defendant an Additional One-level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (ECF No. 21) is GRANTED.**

**ORDERED:  The United States' Motion to Dismiss Count 1 of the Indictment (ECF No. 22) IS GRANTED**.

Defendant's Allocution

Defendant plead guilty to Count Two of the Indictment on February 11, 2013.

**ORDERED:  Defendant's Motion for a Downward Sentencing Variance Pursuant to 18 U.S.C. § 3553 (ECF No. 26) is DENIED.**

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Lawrence Rolland Thiel, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 110 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the**

>**district to which defendant is released.  And while on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and must comply with the standard conditions adopted by this Court.**
>
>**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
>**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

>**1.   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
>**2.   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

**ORDERED:   The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:03 a.m.   Court in Recess
             Hearing concluded

Time: 60 minutes