**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martínez**

Criminal Case No. 12-cr-00406-WJM-1
(Civil Action No.15-cv-00634-WJM)

UNITED STATES OF AMERICA,

v.

**LAWRENCE ROLLAND THIEL**,

    Movant.

---

## ORDER

---

    After preliminary consideration of Movant's amended motion to vacate, set aside, or correct the sentence imposed by this Court (ECF No. 52), it is now

    ORDERED that the United States Attorney on or before June 10, 2015, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

    Dated this 11th day of May, 2015.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge