# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 12-cr-00406-WJM
Civil Case No. 15-cv-00634-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAWRENCE ROLLAND THIEL,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Motion To Vacate, Set Aside, Or Correct Sentence (ECF No. 62) of Judge William J. Martínez, entered October 8, 2015, it is

ORDERED that Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (ECF No. 52) is DENIED. It is

FURTHER ORDERED that Petitioner's Claims One, Two, Three, and Four are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Court has *sua sponte* considered whether a Certificate of Appealability is appropriate, and hereby ORDERS that no Certificate of Appealability will issue because Petitioner has not made a substantial showing that jurists of reason would find it debatable whether the Petition states a valid claim of

the denial of a constitutional right.

      Dated at Denver, Colorado this 15th day of October, 2015.

                                        BY THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By:   s/Deborah Hansen
                                        Deborah A. Hansen, Deputy Clerk